**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  05-cv-01453-REB-PAC

ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

SIRIUS, INC. 401(k) PLAN,

    Defendant.

_____

**ORDER**
_____

**Blackburn, J.**

The matter before me is Plaintiff's Motion for Entry of Judgment Against Defendant Sirius, Inc. 401(k) Plan [#2], filed August 4, 2005.  By this motion, plaintiff seeks to have the trustee, Charlene Jane Long, of the defendant plan removed from her position and a substitute trustee appointed to disburse the assets of the plan to its participants and beneficiaries.[1]  Long has consented to the entry of the judgment, and the time for filing an answer or other motion in opposition to the relief requested herein has passed.

---

[1] The plan's sponsor, Sirius, Inc., ceased operations and filed for dissolution in October, 2002. The plan's investments and administration were transferred to Great West Life & Annuity Insurance Company, which has not been served or joined in this action.  My resolution of this matter assumes, in the absence of contrary evidence, that Great West has no interest in the plan assets and that the trustee has full power to consent to their disposition as provided in the proposed judgment.

**THEREFORE, IT IS ORDERED** as follows:

(1) That Plaintiff's Motion for Entry of Judgment Against Defendant Sirius, Inc., 401(k) Plan [#2], filed August 4, 2005, is **GRANTED**; and

(2) That judgment **SHALL ENTER** in favor of plaintiff and against defendant in the form and on the terms proposed by plaintiff in the proposed form of judgment [#3], filed August 4, 2005.

Dated September 12, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge